**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2471**

DIANNE MICHELE CARTER,

Petitioner - Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent - Appellee.

Appeal from the United States Tax Court. (Tax Ct. No. 020587-18)

Submitted: July 16, 2019                                  Decided: July 18, 2019

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dianne Michele Carter, Appellant Pro Se. Marion E.M. Erickson, Francesca Ugolini, Tax Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dianne Michele Carter appeals from the tax court's orders dismissing her petition for failure to pay the filing fee, 26 U.S.C. § 7451 (2012), Tax Ct. R. 123(b), and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the tax court. *Carter v. Comm'r of Internal Revenue*, Tax Ct. No. 020587-18 (U.S. Tax Ct. Oct. 31, 2018; Nov. 19, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*